UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08 CR 354 JCH |
| | ) |
| SONNY BLEVINS, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On this 12th day of June, 2008, comes for attention of the Court an application of the United States for an Order, pursuant to 18 U.S.C. § 3771(d), authorizing alternative victim notification procedures. After examining the application the Court finds:

(A)   That the number of potential crime victims in this matter renders compliance with the notification procedures in 18 U.S.C. § 3771(a)-(c) impracticable; and

(B)   That the alternative notification procedures proposed by the government are reasonable, sufficient and will not unduly complicate or prolong these proceedings.

**IT IS THEREFORE ORDERED** that the United States may provide notice to each of the trade group associations identified in the government's Motion rather that to individual potential victims.

**SO ORDERED** this 12th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE